**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  10-cv-02602-PAB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   March 30, 2011** | **Courtroom Deputy:**  Linda Kahoe |
| BOARD OF TRUSTEES OF THE RIO GRANDE EMPLOYEES HOSPITAL ASSOCIATION, | Donald George Moore Ryan Lee Woody |
| Plaintiff, | |
| v. | |
| JON AMUNDSON, *et al.,* | Marco F. Bendinelli |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in session:       2:52 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Motion for Leave to Withdraw, doc #[36], filed 3/30/2011.

**ORDERED:**  Motion for Leave to Withdraw, doc #[36], is **GRANTED**.  W. Joseph Lapham II is terminated as counsel for Defendants Amundson and Bendinelli Law Office, P.C.

Discussion and arguments regarding Plaintiff's Motion to Prohibit Extra-Record Discovery, doc #[26], filed 2/18/2011.

**ORDERED**:  Plaintiff is allowed to file an appropriate summary judgment motion on or before **MAY 16, 2011.**

Discussion regarding settlement.  The court suggests that counsel conduct further informal discussions between now and next Friday.

**ORDERED:**  A Settlement Conference is set for Monday, **APRIL 11, 2011 at 4:00 p.m.** Plaintiff's client representative may appear via telephone.

**ORDERED:**  Plaintiff's Motion to Prohibit Extra-Record Discovery, doc #[26], is **HELD IN ABEYANCE** pending the outcome of the Settlement Conference.  Mr. Bendinelli is precluded from pursuing discovery in the case in this court during the period of time the motion is held in abeyance.

HEARING CONCLUDED.

**Court in recess**:      3:38 p.m.
Total time in court:    00:46

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.